# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

WANDA I. MEDINA-DELGADO,     )
                             )
      **Plaintiff,**        )
                             )      **Case No. 3:19-cv-00582**
**v.**                            )
                             )      **JUDGE CAMPBELL**
**DAL GLOBAL SERVICES, INC.,**    )      **MAGISTRATE JUDGE FRENSLEY**
                             )
      **Defendant.**       )

## <u>ORDER</u>

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 15), recommending that the Court grant Defendant's Motion to Dismiss (Doc. No. 8) because Plaintiffs claims under Title VII, the Age Discrimination in Employment Act ("ADEA"), and the Americans with Disabilities Act of 2008 ("ADA") are time barred.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 15 at 4). The pro se Plaintiff did not respond to the motion to dismiss or file objections to the Report and Recommendation of the Magistrate Judge.

The Court has reviewed the Report and Recommendation (Doc. No. 15) and concludes that it should be adopted and approved. Accordingly, Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED** and the above captioned case is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE